UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ERIC THOMPSON, Individually and On Behalf of All Others Similarly Situated, | § § § § § | |
| Plaintiff, | § § | No. 6:17-cv-00043-RWS |
| v. | § § | |
| FTS INTERNATIONAL SERVICES, LLC, | § § § § | JURY TRIAL DEMANDED |
| Defendant. | § | |

## ORDER OF DISMISSAL ON STIPULATION

The Plaintiff, Eric Thompson, in the above styled and numbered cause of action has filed a stipulation of dismissal pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Accordingly, it is ORDERED that the Plaintiff's claims against FTS International Services, LLC are dismissed without prejudice to refiling.

It is so ORDERED.

**SIGNED this 4th day of May, 2017.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE